CAUSE NO. 2014-006286-1

| | | |
|---|---|---|
| WELLS FARGO BANK, N.A. | § | COUNTY COURT AT LAW |
| | § | |
| V. | § | NUMBER ONE |
| | § | |
| ERIC THOMAS, SHEILA BUTLER | § | |
| and ALL OCCUPANTS | § | TARRANT COUNTY, TEXAS |

FILED IN
2nd COURT OF APPEALS
FORT WORTH, TEXAS
1/22/2015 4:39:17 PM
DEBRA SPISAK
Clerk

## JUDGMENT

On this day, came on to be heard the above entitled and numbered cause, wherein Wells Fargo Bank, N.A. is Plaintiff, and Eric Thomas, Sheila Butler and all occupants of 824 W. Cheryl Avenue, Hurst, Texas 76053 are Defendants. Plaintiff appeared through its attorney of record and announced ready for trial. The Defendants ~~did not appear~~/appeared *in person and* through their attorney of record and announced ready for trial.

Upon consideration of the pleadings, the arguments of counsel, and the receipt of good and sufficient evidence, the Court finds that the Plaintiff is entitled to possession of the premises known as 824 W. Cheryl Avenue, Hurst, Texas 76053, together with reasonable attorney's fees at the trial court level in the amount of $1,000.00 for reasonable attorney's fees; if the case is appealed to the Courts of Appeal in the amount of $2,500.00 for reasonable attorney's fees; if the case is appealed on writ of error to the Supreme Court of Texas in the amount of $2,500.00, and if writ is granted in the amount of $2,500.00 for and all costs of Court.

It is therefore ORDERED, ADJUDGED and DECREED that Plaintiff, Wells Fargo Bank, N.A. do have and recover of and from Defendants, Eric Thomas, Sheila Butler and all occupants, the following:

1.    Possession of the premises at 824 W. Cheryl Avenue, Hurst, Texas 76053;

---

JUDGMENT - Page 1

SCANNED
JAN 13 2015

2. Reasonable attorneys' fees in the amount of $1,000.00 for this proceeding which may be collected from the bond posted by Defendant, if any, and the clerk of the court is ordered to pay to Janna Clarke, **payable immediately,** the 30 day period having been waived, upon presentation of this order together with $2,500.00 for an appeal to the courts of Appeal, and $2,500.00 for an appeal by writ of error to the Supreme Court, and $2,500.00 if writ is granted by the Supreme Court; and

3. All costs of Court.

Plaintiff is allowed all writs and processes that may be necessary in the enforcement and collection of this Judgment.

Signed this ___/ 3___ day of January, 2015.

_____
JUDGE PRESIDING

APPROVED:

_____
JANNA WARD CLARKE
State Bar No. 20844150
309 W. 7th Street Suite 1100
Fort Worth, Texas 76102
Email: jwc@bsjpc.com
(817) 335-1615
(817) 335-1603 (telefax)
Attorney for Plaintiff

*together with $6,000*

---